UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BALDOMERO P. VILLA and ENDERLINA A. VILLA, ) ) ) | |
| Plaintiff, ) ) | 2:09-cv-2161-GMN-RJJ |
| vs. ) ) | |
| MERIDIAS CAPITAL, INC., *et al.*, ) ) | O R D E R |
| Defendant, ) ) | |

     This matter was referred to the undersigned Magistrate Judge on a Motion to Withdraw as Counsel of Record (#19) filed by Plaintiffs' counsel.

     The Court having reviewed the Motion (#19) and good cause appearing therefore,

     IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel of Record (#19) is scheduled for October 26, 2010, at 2:30 pm in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

     IT IS FURTHER ORDERED that Plaintiffs Baldomero P. Villa and Enderlina A. Villa must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

     IT IS FURTHER ORDERED that Plaintiffs' counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this Order on each of their clients. Proof of compliance with this service requirement must be filed with the court prior to the scheduled hearing. There is NO EXCEPTION to the service requirement.

1  IT IS FURTHER ORDERED that this hearing shall be automatically vacated if new
2  counsel substitutes into the case.
3  DATED this  5th  day of October, 2010.

```
                                          _____
                                          ROBERT J. JOHNSTON
                                          United States Magistrate Judge
```