UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BALDOMERO P. VILLA and ENDERLINDA A. VILLA, | ) ) |
| Plaintiff, | ) 2:09-cv-2161-GMN-RJJ ) |
| vs. | ) ) |
| MERIDIAS CAPITAL, INC.; *et al.*, | ) O R D E R ) |
| Defendant, | ) ) |

IT IS HEREBY ORDERED that a status hearing is scheduled in this case for November 29, 2010, at 10:30 AM in LV courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiffs, Baldomero P. Villa and Enderlinda A. Villa must be present in court for this hearing. Plaintiffs are advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff's Baldomero P. Villa and Enderlinda A. Villa by certified mail, return receipt requested.

DATED this 10th day of November, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge