UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BALDOMERO P. VILLA AND EDERLINDA A. VILLA, ) ) ) | Case No.: 2:09-cv-02161-GMN-RJJ |
| Plaintiffs, ) | ORDER DISMISSING CASE |
| vs. ) ) | |
| FIRST GUARANTY FINANCIAL CORPORATION, RECONTRUST COMPANY AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES I through X, inclusive, ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

The Court issued an Order to Show Cause on December 9, 2010 (#32) as to Plaintiffs, Baldomero P. Villa and Ederlinda A. Villa, for their failure to appear at a hearing scheduled on November 29, 2010, and for their failure to prosecute this case. Plaintiffs filed a Response (#35) on December 28, 2010, requesting dismissal of the case, without prejudice. However, at the hearing held on January 4, 2011, the Plaintiffs advised Magistrate Judge Robert J. Johnston that they wished to dismiss their case with prejudice (#36).

THEREFORE, IT IS HEREBY ORDERED that the above-entitled case shall be **DISMISSED WITH PREJUDICE**.

DATED this 12th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge

Page 1 of 1